IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 00-291 |
| | : | |
| ADAM BENTLEY CLAUSEN | : | |

## MOTION TO WITHDRAW AS COUNSEL

The Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") respectfully moves to withdraw as counsel for Movant, Adam Bentley Clausen and states the following in support:

1. The FCDO was appointed to represent Movant for the purpose of litigating a 28 U.S.C. § 2255 Motion seeking relief from his 18 U.S.C. § 924(c) conviction(s) pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015).

2. Movant has advised the FCDO that he no longer wishes for our office to represent him for the litigation of his § 2255 Motion; accordingly, the FCDO respectfully requests leave to withdraw as counsel for Movant.

**WHEREFORE**, for the reasons stated above, it is respectfully requested that the Court grant the instant Motion and remove the Federal Community Defender Office for the Eastern District of Pennsylvania as counsel for Movant, Adam Bentley Clausen.

Respectfully submitted,

*/s/ Nina C. Spizer*
NINA C. SPIZER
Chief, Trial Unit

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NUMBER 00-291** |
| : | |
| **ADAM BENTLEY CLAUSEN** : | |

### O R D E R

**AND NOW**, this _____ day of _____, 2019, it is hereby **ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**. The Federal Community Defender Office for the Eastern District of Pennsylvania is hereby **REMOVED** as counsel for Movant, **Adam Bentley Clausen**.

BY THE COURT:

_____
**THE HONORABLE ROBERT F. KELLY**
**Senior United States District Court Judge**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via Electronic Court Filing to the office of United States Attorney's Office, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

I further certify that a copy of the foregoing was served via regular mail upon the following person:

Adam Clausen
Reg No. 54213-066
FCI McKean
P.O. Box 8000
Bradford, PA 16701

           */s/ Nina C. Spizer*
           NINA C. SPIZER
           Chief, Trial Unit

Date: September 10, 2019