# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| ADAM BENTLEY CLAUSEN | |
| *Defendant.* | NO. 00-0291-2 |

## ORDER

**AND NOW**, this 24th day of July 2020, upon consideration of Adam Clausen's Motion to Reduce Sentence/for Compassionate Release (ECF No. 267), Clausen's Motion to Expedite (ECF No. 269), the Government's Response (ECF No. 271), Clausen's Reply (ECF No. 272), and the parties' letter briefs (ECF Nos. 274, 275 & 276) it is hereby **ORDERED** that:

1. The Motion to Reduce Sentence/for Compassionate Release (ECF No. 267) is **GRANTED** in part;

2. The Motion to Expedite (ECF No. 269) is **DENIED** as moot; and

3. The Court will hold a hearing to consider the factors set forth in 18 U.S.C. § 3553(a) to determine the appropriate sentence reduction.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Due to the COVID-19 pandemic, no evidentiary hearings may be held at this time. The Court will schedule one at the earliest opportunity.