# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| ADAM BENTLEY CLAUSEN | CRIMINAL ACTION |
| *Defendant.* | NO. 00-0291-2 |

## ORDER

**AND NOW**, this 10th day of August 2020, consistent with the Court's July 24, 2020 Memorandum and Order granting in part Adam Clausen's Motion to Reduce Sentence/for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF Nos. 277 & 278), and after a telephonic hearing with counsel for both parties to consider the appropriate sentence reduction based on the factors set forth in 18 U.S.C. § 3553(a), (ECF No. 281), it is hereby **ORDERED** that Clausen's sentence is reduced to **TIME SERVED** and three years of supervised release:

1. Clausen shall be released from the custody of the Bureau of Prisons by 12:00 PM on Thursday, August 13, 2020, consistent with the Bureau's administrative responsibilities.

2. Clausen remains sentenced to three years of supervised release, which shall begin immediately upon his release from custody and is subject to the conditions imposed by the Judgment, (ECF No. 140);

3. Due to the current COVID-19 pandemic, as an additional condition of supervised release Clausen must remain in self-quarantine at the residence listed in his BOP Summary Reentry Plan for a period of fourteen days after his release.  Clausen may not leave this residence during those two weeks

   unless he is seeking medical care.  In the event Clausen must leave the residence to seek such care, he shall report such medical visits to the Probation Office; and

4. Clausen must call the Probation Office within 24 hours of his release and follow the Probation Officer's instructions for reporting.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.