# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BENTLEY CLAUSEN | CRIMINAL ACTION<br>NO. 00-291-2 |

## ORDER

AND NOW, this 18th day of July 2022, upon consideration of Defendant Adam Clausen's Motion for Early Termination of Supervised Release (ECF 296), the Government's response (ECF 298), Clausen's reply (ECF 299) and the factors identified in 18 U.S.C. § 3553(a), it is **ORDERED** that the motion is **DENIED** consistent with the accompanying memorandum of law.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.